IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER DARRELL JONES, | ) |
| Petitioner, | ) |
| v. | ) |
| THE STATE OF TEXAS, et al., | ) |
| Respondents. | ) Civil Action No. 3:17-CV-2770-C-BN |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Petitioner's *pro se* application for a writ of habeas corpus be dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Petitioner failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. Petitioner's application for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this 11 day of December, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE